**ACE CONSTRUCTION AND ENGINEERING CO.,**
Plaintiff/Appellant,

v.

**CITY OF ST. LOUIS,**
Defendant/Respondent.

No. 70070.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 15, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 17, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Lawrence Joseph Altman, Clayton, for
plaintiff/appellant.

Stephen Joseph Kovac, St. Louis, for defendant/respondent.

Before CRAHAN, P.J., GRIMM and
HOFF, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the summary judgment and dismissal of related counts in its action challenging the rezoning of its property. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. Accordingly, we affirm the judgment pursuant to Rule 84.16(b).